PD-1543-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/24/2015 3:53:11 PM
Accepted 11/25/2015 11:22:19 AM
ABEL ACOSTA
CLERK

IN THE
COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| ERIC BLEDSOE, | § | |
| *APPELLANT* | § | |
| V. | § | NO._____ |
| | § | |
| THE STATE OF TEXAS, | § | |
| *APPELLEE* | § | |

APPELLANT'S MOTION TO EXTEND TIME
TO FILE PETITION FOR DISCRETIONARY
REVIEW

COMES NOW Eric Bledsoe,  by and through Barry G. Johnson, his attorney

of record,  and files this motion to extend the time for thirty days to file a petition

for discretionary review.

I.

The court of appeals below is the Court of Appeals for the Second Court of

Appeals District. The style and number of the cases in the Fort Worth Court is

*Bledsoel v. State*, No. 02-14-00450-CR.

II.

On October 29, the Fort Worth Court issued an opinion affirming the trial

court's judgment. *See Bledsoe v. State*, No. 02-14-00450-CR, (Tex. App.—Fort

Worth October 29, 2015). Appellant did not file a motion for rehearing.

FILED IN
COURT OF CRIMINAL APPEALS

November 25, 2015

ABEL ACOSTA, CLERK

III.

The current deadline for filing the petition for discretionary review is November 28, 2015. Appellant now requests an extension of 33 days – until December 31, 2015 – to file the State's petition. Appellant has not previously requested an extension of time to file a petition for review in this case.

IV.

This extension is not for the purposes of delay, but rather so that undersigned counsel may adequately set forth the Appellant's position in its grounds for review. The undersigned has been working on this PDR, on a reply brief to this court in *Isbell v. State*, No. PD-0469-15 through -0472-15, as well as carrying a trial docket of civil and criminal cases.

Wherefore, Appellant prays that the Court grant an extension of 33 days to December 31, 2015, for filing Appellant's petition for discretionary review.

Respectfully submitted,

Respectfully submitted,

BARRY G. JOHNSON

/s/ Barry G. Johnson
BARRY G. JOHNSON
2821 E. Lancaster
Fort Worth, Texas 76103
(817) 531-9665
FAX (817) 534-9888
State Bar No. 10683000
barrygj@aol.com

/s/ Barry G. Johnson
BARRY G. JOHNSON

CERTIFICATE OF SERVICE

A copy of the State's Motion to Extend Time to File Petition for Discretionary Review has been e-served to opposing counsel, the Hon. Debra Windsor, om November 24, 2015.

/s/ Barry Gt. Johnson
BARRY G. JOHNSON

3